**Order filed July 2, 2013.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

**NO. 14-12-00034-CV**
_____

**HELEN MAYFIELD, Appellant**

**V.**

**THE EAGLE NEWSPAPER, HOLLY HUFFMAN, MATTHEW WATKINS AND JOHN P. BARNWELL, CEO OF THE EVENING POST PUBLISHING CO., JOINTLY AND SEVERALLY, Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26254**

---

**O R D E R**

This is an appeal from a final summary judgment signed December 12, 2011. The appeal was abated for review of appellant's claim of indigence. On April 25, 2013, this court determined that appellant is entitled to proceed on appeal without the advance payment of costs. By order issued April 25, 2013, the court ordered the Harris County District Clerk to prepare and file a complete clerk's

record in this appeal containing the documents listed in Texas Rule of Appellate Procedure 34.5(a). The clerk's record was ordered to be filed on or before **May 28, 2013.** The record was not filed. On June 4, 2013, the court notified the Harris County District Clerk that the record was past due. No response was filed, and to date, the record has not been filed. Accordingly, we issue the following order.

We **ORDER** the Harris County District Clerk to prepare and file a complete clerk's record in this appeal containing the documents listed in Texas Rule of Appellate Procedure 34.5(a) on or before **August 1, 2013.**

PER CURIAM